THOMAS M. HEALY, as Executor of MARY K. STEVENS, Deceased, Respondent, *v.* EMPIRE TRUST COMPANY, as Sole Surviving Trustee under the Will of THOMAS B. HIDDEN, Deceased, et al., Defendants; HOME FOR OLD MEN AND AGED COUPLES et al., Appellants, and JACOB T. SHOENHOLZ, as Substituted Administrator with the Will Annexed of CORNELIA E. STEVENS, Deceased, Respondent.

Argued May 23, 1950; decided July 11, 1950.

*A. Hayne de Yampert, Walter F. Burke, Jr., Edward T. Pierce, Wilberforce Sully, Jr., Raymond A. Tierney, George N. Whittlesey, Williston Benedict, Malcolm G. Spooner, David G. Ashton, Robert A. West, Charles F. Hopkins* and *John E. Mack* for Home for Old Men and Aged Couples and others, appellants.

*Milton Schilback* and *E. Williams Holmes* for Thomas M. Healy, respondent.

*Milton Schilback* for Jacob T. Shoenholz, respondent.

*William L. Woodward* for Empire Trust Company, defendant.

Judgment affirmed, with costs to each party, or group of parties, filing separate briefs payable from the four trusts in the proportions fixed by the judgment of the Appellate Division. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.